WILLIAM MURRAY, Appellant, *v.* MAY CHARMAN, Respondent, Impleaded with Others.

*Murray* v. *Charman*, 23 App. Div. 626, affirmed.
(Argued March 26, 1900; decided April 17, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 18, 1898, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Henry T. Dykman* for appellant.

*Everett P. Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: CULLEN, J.